UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ANNA HUTNKOVA,                    *    Case No. 16-CV-06913(PKC)
 *individually and on behalf*     *
 *of others similarly*            *
 *situated,*                      *
            Plaintiffs,           *    Brooklyn, New York
                                  *    August 24, 2017
     v.                           *
                                  *
CARING PROFESSIONALS, INC.,       *
                                  *
            Defendant.            *
                                  *
* * * * * * * * * * * * * * * *

       TRANSCRIPT OF CIVIL CAUSE FOR FAIRNESS HEARING
          BEFORE THE HONORABLE STEVEN M. TISCIONE
             UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:          GENNADIY NAYDENSKIY, ESQ.
                             Naydenskiy Law Group, P.C.
                             1517 Voorhies Avenue
                             Brooklyn, NY  11235

For the Defendant:           DESIREE MIA GARGANO, ESQ.
                             Jackson Lewis, P.C.
                             58 South Service Road
                             Suite 250
                             Melville, NY  11747

Proceedings recorded by electronic sound recording, transcript
produced by transcription service.

**Fiore Reporting and Transcription Service, Inc.**
**4 Research Drive, Suite 402**
**Shelton, Connecticut 06484 (203)929-9992**

2

(Proceedings commenced at 4:51 p.m.)

THE COURT:  Civil cause for fairness hearing, 16-CV-6913, Hutnikova, et al. vs. Caring Professionals, Inc.

Counsel, please state your appearances for the record.

MR. NAYDENSKIY:  Gennadiy Naydenskiy, Naydenskiy Law Group, for plaintiff.  Good afternoon, Your Honor.

THE COURT:  Good afternoon.

MS. GARGANO:  Good afternoon, Your Honor.  Desiree Gargano from Jackson Lewis, P.C.

THE COURT:  Good afternoon.

THE CLERK:  The Honorable Steven Tiscione presiding.

THE COURT:  Okay.  All right.  So I've reviewed the settlement agreement and I don't have any issues with it.

Ordinarily, general releases can be a problem with these kinds of claims, but since it's a mutual release, and my understanding is the plaintiff has no continued contact with the defendant --

MR. NAYDENSKIY:  That's correct.  She doesn't work there anymore.

THE COURT:  And under those circumstances I'm fine approving that type of a mutual general release. Everything else seems to be in order.

The only issue -- or really question, and it's up to the parties, is it's been referred to me for an R and R.

3

If you want to do a consent to my jurisdiction, I can just grant the motion.  Otherwise, I have to write it up as and R and R and you have to wait for the district to rule on it and all of that.  So it's up to the parties.

But if you want to do the consent, you know, I can approve the agreement just myself.

MS. GARGANO:  Sure, Your Honor. We can do the consent.

MR. NAYDENSKIY:  Sure.

THE COURT:  Okay.  You just need to file the form.

MR. NAYDENSKIY:  Okay.

THE COURT:  Once you do that, I can just approve the agreement and then you don't have to wait for however long that takes, okay?

MR. NAYDENSKIY:  Your Honor, plaintiff's counsel is always -- just requests some kind of deadline for that.  Maybe a week, if that's okay with defense counsel.

MS. GARGANO:  Not a problem.  Within a week.

MR. NAYDENSKIY:  I'm sure we'll have it within a few days.

THE COURT:  Okay.  Sounds good.

MR. NAYDENSKIY:  Unless the court had an extra copy?

THE COURT:  I think you've got to file it on ECF anyway, so --

MR. NAYDENSKIY:  Yes.  Okay.  No problem.  We'll do

4

it.

THE COURT:  All right.

MR. NAYDENSKIY:  Thank you, Your Honor.

THE COURT:  All right.  Sounds good.  Thanks.

MS. GARGANO:  Thank you.

(Proceedings concluded at 4:54 p.m.)

I, CHRISTINE FIORE, court-approved transcriber and certified electronic reporter and transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

*Christine Fiore*

September 26, 2017

Christine Fiore, CERT